UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61737-CIV-COHN/SELTZER

JOE HOUSTON and ACCESS 4 ALL, INC.,
a Florida not for profit corporation,

    Plaintiffs,

v.

PETROL ENTERPRISES, INC., a Florida for profit corporation,

        Defendant.
_____/

### FINAL JUDGMENT TAXING FEES AND COSTS UPON DEFENDANT

**THIS CAUSE** is before the Court upon the Court's separately entered order granting in part the Plaintiffs' Motion for Attorneys' Fees, Costs, Expert Fees, and Litigation Expenses. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment for fees is hereby entered in favor of Plaintiffs Joe Houston and Access 4 All, Inc. and against Defendant Petrol Enterprises, Inc., and Plaintiffs Joe Houston and Access 4 All Inc. shall recover $9,710.50 in fees and costs, plus interest thereon at the rate of 0.11% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2012.

JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF.